**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| **STEPHEN LEWIS AND KIMBERLY LEWIS,** | § | |
| | § | |
| ***Plaintiffs,*** | § | |
| | § | |
| **VS.** | § | **C.A. No. 3:16-cv-133** |
| | § | |
| | § | |
| **FREMONT INVESTMENT & LOAN CORP.; DEUTSCHE BANK TRUST COMPANY, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2004-4, ASSET-BACKED CERTIFICATES, SERIES 2004-4; OCWEN LOAN SERVICING, LLC; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** | § § § § § § § § § | |
| | § | |
| ***Defendants.*** | § | |
| | § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2004-4, Asset-Backed Certificates, Series 2004-4 ("Deutsche"); Ocwen Loan Servicing, LLC ("Ocwen"); and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively, the "Defendants") file this Certificate of Interested Persons. Defendants reserve the right to supplement this certification as necessary:

1. Plaintiffs Stephen Lewis and Kimberly Lewis;

2. Ocwen is a limited liability company a wholly-owned subsidiary of Ocwen Mortgage Servicing, Inc. Ocwen Mortgage Servicing, Inc. is a wholly owned subsidiary of Ocwen Financial Corporation, a publicly traded corporation, with no entity owning 10% or more of its stock;

3. Fremont Investment & Loan Corp;

4. Deutsche Bank National Trust Company, as trustee. Deutsche is a national banking association pursuant to federal law and is a wholly owned subsidiary of Deutsche Bank Holdings, Inc., which is a wholly owned subsidiary of Deutsche Bank Trust Corporation, which is a wholly owned subsidiary of Deutsche Bank AG, a banking corporation organized under the laws of the Federal Republic of Germany. No publicly-held company owns 10% or more of Deutsche Bank AG's stock; and

5. Mortgage Electronic Registration Systems, Inc. MERS is a wholly owned subsidiary of MERSCORP, Inc., which is not a publicly held corporation;

       Respectfully Submitted,

       /s/ B. David L. Foster by permission KLK.
       B. DAVID L. FOSTER
       State Bar No. 24031555
       600 Congress Avenue, Suite 2200
       Austin, Texas 78701
       (512) 305-4700 - *telephone*
       (512) 305-4800 - *facsimile*

**COUNSEL FOR DEFENDANTS DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2004-4, ASSET-BACKED CERTIFICATES, SERIES 2004-4; OCWEN LOAN SERVICING, LLC; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

**OF COUNSEL:**
KURT LANCE KROLIKOWSKI
State Bar No. 24074548
Southern District Number: 1146373
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002-3095
(713) 226-1200 – *telephone*
(713) 223-3717 – *facsimile*

ROBERT T. MOWREY
State Bar No. 14607500
Southern District Number: 9529
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
(214) 740-8000 – *telephone*
(214) 740-8800 – *facsimile*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following counsel pursuant to the Federal Rules of Civil Procedure on June 1, 2016.

Jeffrey C. Jackson
2200 N. Loop West, Suite 108
Houston, Texas 77018

Kurt Lance Krolikowski